UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OKANOGAN VALLEY TRANSPORATION, LLC, a Washington Limited Liability Company,<br><br>                    Plaintiff,<br><br>    v.<br><br>ACE PROPERTY AND CASUALTY INSURANCE CO., a foreign insurance company,<br><br>                    Defendant. | NO: 2:20-CV-0394-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss. ECF No. 31. The parties agree that all of Plaintiff Okanogan Valley Transportation's claims against the remaining Defendant ACE have been fully resolved and all such claims should be dismissed in their entirety with prejudice and without fees or costs to any party. *Id.* The result of the instant Stipulation is the complete

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

dismissal of all claims by Plaintiff Okanogan Valley Transportation LLC. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without fees or costs to any party.

2. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED August 11, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2