AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

OKANOGAN VALLEY TRANSPORATION, LLC,

_____
*Plaintiff*

v.

_____

ACE PROPERTY AND CASUALTY
INSURANCE CO.,
_____
*Defendant*

)
)
)
)
)

Civil Action No.   2:20-CV-0394-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice and without
fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   THOMAS O. RICE _____

on the parties' Stipulated Motion to Dismiss (ECF No. 31).

Date:   August 11, 2021 _____          *CLERK OF COURT*

                                               SEAN F. McAVOY
                                               _____

                                               s/B. Fortenberry
                                               _____
                                               *(By) Deputy Clerk*

                                               B. Fortenberry
                                               _____